

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00825-CV

**IN RE** Hattie **POOLE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  January 11, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On December 22, 2016, Relator filed a petition for writ of mandamus and a motion for emergency relief.  The court has considered the petition for writ of mandamus and is of the opinion Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and the motion for emergency relief are denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014PC4118, styled *In the Estate of Hattie Poole, an Incapacitated Person*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.